IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00431-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TERRENCE HURT,

    Defendant.

## ORDER

    As further set forth on the record at the hearing held on December 3, 2009, IT IS HEREBY ORDERED as follows:

    Upon counsel's stipulation, the Defendant's Motion for Discovery (Doc No. 23) is DENIED AS MOOT.

    IT IS FURTHER ORDERED that the Government shall file its responses to (1) Defendant's Motion for Pretrial *James* Hearing to Determine Admissibility of Alleged Coconspirators' Statements (Doc No. 37); and (2) Defendant's Motion to Suppress Statements Obtained on October 16, 2009 (Doc No. 38), by Thursday, December 17, 2009.

    The Defendant's Motion to Exclude Proposed Fingerprint Comparison Testimony (Doc No. 36) is HELD IN ABEYANCE.

    IT IS FURTHER ORDERED that a further status/scheduling hearing is set Tuesday, December 22, 2009 at 9:30 a.m.  in Courtroom C401, Byron G. Rogers

United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated: December  3  2009.

                                        BY THE COURT:

                                           s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge